LETTER OF OFFICE-DECEDENT'S ESTATE

2018P000150-42

**STATE OF ILLINOIS**  
**COUNTY OF DU PAGE**

UNITED STATES OF AMERICA  
IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT

IN RE THE ESTATE OF

SALEH OBAISI  
DECEASED

2018P000150  
**CASE NUMBER**

**LETTER OF OFFICE**  
**DECEDENT'S ESTATE**

**FILED**  
18 Feb 22   AM 09: 37

*Chris Kachiroubas*  
**CLERK OF THE**  
**18TH JUDICIAL CIRCUIT**  
**DUPAGE COUNTY, ILLINOIS**

GHALIAH OBAISI has been appointed INDEPENDENT EXECUTOR of the estate of SALEH OBAISI, deceased who died 12/23/2017, and is authorized to take possession of and collect the estate of the decedent, and to do all acts required of GHALIAH OBAISI by law, pursuant to order of Court entered 02/22/2018 by Judge ANNE THERIEAU HAYES.

**WITNESS: CHRIS KACHIROUBAS,** Clerk of Eighteenth Judicial Circuit Court, and the seal thereof, Wheaton, Illinois

02/22/2018  
Date

*Chris Kachiroubas*  
Clerk of the Eighteenth Judicial Circuit

**CERTIFICATE**  
I certify that this is a copy of the Letters of Office now in force and effect on this date in this estate

Name: FORNARO LAW  
DuPage Attorney Number: 185752    ☐ PRO SE  
Attorney for: ESTATE  
Address: 1022 SOUTH LAGRANGE ROAD  
City/State/Zip: LAGRANGE, IL, 60525  
Phone number: 708-639-4320

CHRIS KACHIROUBAS, CLERK OF THE 18TH JUDICIAL CIRCUIT COURT ©  
WHEATON, ILLINOIS 60187-0707  
Visit http://www.i2file.net/dv to validate this document. Validation ID: DP-02222018-0937-44773

**EXHIBIT A**